# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENEDICT BATO, | 1:09-cv-00893-DLB (HC) |
| Petitioner, | ORDER DENYING PETITIONER'S REQUEST FOR JUDICIAL NOTICE |
| v. | [Doc. 9] |
| JAMES D. HARTLEY, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 10, 2009, Petitioner filed a motion for judicial notice of the case of In re Lawrence, 44 Cal.4th 1181 (2008). Petitioner is advised that the Court need not take judicial notice of case law. If Petitioner would like the Court to consider a certain decision, it is sufficient to cite the decision in filings submitted to the Court. Petitioner is advised that the Court will consider any and all relevant case law when rendering a decision on the merits of the petition. Accordingly, Petitioner's motion for judicial notice is DENIED.

IT IS SO ORDERED.

Dated:   **June 18, 2009**              /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1